# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RESDEV, LLC,**

        **Plaintiff,**

**-vs-**                                      **Case No.  6:04-cv-1374-Orl-31DAB**

**LOT BUILDERS ASSOCIATION, INC.,**
**MICHAEL SHANNON BOSWELL &**
**BRAD LUKENS,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

> **MOTION:**      **MOTION TO STRIKE DEFENDANT'S EXPERTS (Doc. No. 41)**
>
> **FILED:**          **April 25, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as provided herein.

> **MOTION:**      **MOTION TO EXTEND TIME TO SERVE EXPERT REPORTS (Doc. No. 48)**
>
> **FILED:**          **May 11, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

-2-

While the Court finds that there has been no good cause offered for Defendants' late and incomplete expert witness disclosure, the resulting harm to Plaintiff can be remedied short of striking the witnesses.  Therefore, the Court allows the belated disclosures upon the following conditions:

**Dr. Lang** -- Either side is allowed to call Dr. Lang, but his testimony shall be limited **solely** to those opinions contained in the report previously issued with respect to the state court case.

**Dr. Fishkind --** Defendant may use this witness as a rebuttal witness to the opinions of Plaintiff's proffered damages expert (Nesmith) **provided** that Fishkind's report must be served within 15 days of Nesmith's supplemented report and Plaintiff be allowed to depose Fishkind at Defendant's expense.

**Mike Neal/Joe Kurta --** Defendant may use one of these witnesses, **provided** that the expert report be served by May 20, 2005 and the witness be tendered for deposition on or before May 31, 2005, at Defendants' expense.  Further, Defendants shall be precluded from using the opinions of Mr. Neal or Mr. Kurta in their response to Plaintiff's pending motion for summary judgment.

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL DISCOVERY (Doc. No. 44)** |
| **FILED:** | **April 29, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.  At hearing, the parties represented that they had resolved this motion.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2005.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-