**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RESDEV, LLC,**

            **Plaintiff,**

**-vs-**                                                    **Case No.  6:04-cv-1374-Orl-31DAB**

**LOT BUILDERS ASSOCIATION, INC.,**
**MICHAEL SHANNON BOSWELL &**
**BRAD LUKENS,**

            **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   **MOTION TO COMPEL DEPOSITION TESTIMONY (Doc. No. 68)**
>
> **FILED:**     **June 16, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED, as untimely**.

> **MOTION:**   **DEFENDANT'S MOTION TO STRIKE (Doc. No. 69)**
>
> **FILED:**     **June 16, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

Plaintiff did not clearly disclose the existence of Mr. Luosey as a *witness*, and thus Defendants were not able to take his deposition or seek discovery from him prior to the discovery deadline. While the Court does not find bad faith, it does find that the non-disclosure prejudiced Defendants in their

ability to counter the Affidavit submitted for summary judgment purposes. To the extent the motion seeks to strike the Affidavit, it is granted. Should the case not be resolved on summary judgment, Defendants shall have leave to depose Mr. Lousey, and the witness will be allowed to testify at trial.

> **MOTION:   MOTION FOR PROTECTIVE ORDER (Doc. No. 77)**
>
> **FILED:       June 20, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Good cause has not been shown for the relief requested.

> **MOTION:   SECOND MOTION TO STRIKE (Doc. No. 86)**
>
> **FILED:       July 1, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Affidavit contained in the Plaintiff's response (Doc. No. 95) provides the documents with sufficient authenticity, under the unique circumstances presented.

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record