UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RESDEV, LLC, a Florida
Limited Liability company,

    Plaintiff,

v.                                   CASE NO. 6:04-CV-1374-ORL-31DAB

LOT BUILDERS ASSOCIATION, INC.,
a Florida corporation,
MICHAEL SHANNON BOSWELL and
BRAD LUKENS, individually,

    Defendants.

_____

## NOTICE OF FILING STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ResDev, LLC, through its undersigned counsel, hereby submits the Stipulation For Dismissal With Prejudice attached at Exhibit A.

Respectfully submitted this 11th day of November, 2005.

                                                s/Stephen H. Luther
                                                Stephen H. Luther
                                                Florida Bar No. 0528846
                                                Allen, Dyer, Doppelt, Milbrath &
                                                  Gilchrist, P.A.
                                                255 South Orange Avenue
                                                 Suite 1401
                                                 Orlando, Florida 32801
                                                 Telephone No. 407-841-2330
                                                 Facsimile No.: 407-841-2343
                                                 Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2005, I presented the foregoing to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a Notice of Electronic Filing to:

| | |
|---|---|
| Matthew D. Pardy, Esquire | Daniel Osterndorf, Esquire |
| Kim, Smith & Pardy, P.A. | Gronek & Latham, LLP |
| 230 East Marks Street | 390 North Orange Avenue, Suite 600 |
| Orlando, Florida 32903 | Orlando, Florida 32801 |

                                                s/Stephen H. Luther
                                                Stephen H. Luther