**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RESDEV, LLC,**

    **Plaintiff,**

**-vs-**                **Case No. 6:04-cv-1374-Orl-31DAB**

**LOT BUILDERS ASSOCIATION, INC.,**
**MICHAEL SHANNON BOSWELL &**
**BRAD LUKENS,**

    **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Dismissal with Prejudice (Doc. No. 111), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. This case is removed from the March 2006 trial docket and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 14, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE